**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 37 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| DUJOHN WILLETTE, | : | |
| | | |
| Defendant. | : | |

------------------------------------------------------------x

The initial appearance scheduled for Tuesday, January 31, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 25, 2023
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.