**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 37 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| DUJOHN WILLETTE, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The status conference scheduled for Tuesday, March 7, 2023 at 9:00 A.M. is hereby rescheduled to 12:30 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: February 23, 2023
      New York, NY

                                                    *Richard M. Berman*
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.