# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 29, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/23
```

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:    **United States v. Dujohn Willette**, 23 Cr. 37 (RMB)

Dear Judge Berman:

I write with the consent of the Government to request a three-week adjournment of the status conference presently scheduled for Wednesday, April 5, 2023 at 9:00 a.m. in the above-captioned case. This is the first request for an adjournment in this case. The parties are currently engaged in discussions with the goal of achieving a pretrial disposition and require additional time to reach a resolution. The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next scheduled conference.

The parties are available for a conference any time on Thursday, April 27 or Friday, April 28, 2023 and can also be available on the afternoon of Wednesday, April 26.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Neil Kelly
Assistant Federal Defenders
212.417.8770

cc:    All counsel of record (by ECF)

*[Handwritten order:]* Conference is adjourned to 4/26/23 at 2:00 pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3/29/23

*[signed]* Richard M. Berman
Richard M. Berman, U.S.D.J.