**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,    :      23 CR. 37 (RMB)
                                         :
    - against -                         :      **ORDER**
                                         :
DUJOHN WILLETTE,                         :
                                         :
                Defendant.     :
------------------------------------------------------------x

The conference scheduled for Wednesday, April 26, 2023 at 2:00 P.M. will take place in Courtroom 17B.

Dated: April 19, 2023
       New York, NY

                                                  RICHARD M. BERMAN
                                                        U.S.D.J.