**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 24, 2023

<u>VIA ECF</u>

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

RE:   <u>United States v. Dujohn Willette</u>, 23 Cr. 37 (RMB)

Dear Judge Berman:

I write jointly with the Government to respectfully request a short adjournment of the status conference presently scheduled for Wednesday, April 26, 2023 at 2:00 p.m. This is the second request for an adjournment. The parties are moving forward in discussions about a potential pretrial disposition but require additional time to finalize any resolution. The parties consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the next scheduled conference.

The parties are available for a conference on Tuesday, May 2, 2023 at any time and on Friday, May 5, 2023 after noon.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defenders
212.417.8770

cc:   All counsel of record (by ECF)

---

Conference is adjourned to 5/2/23 at 2:45 pm. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 4/24/23
Richard M. Berman, U.S.D.J.