UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
               Government,    :     23 CR. 37 (RMB)
                                     :
    - against -                       :     **ORDER**
                                     :
DUJOHN WILLETTE,                     :
                                     :
               Defendant.     :
-------------------------------------------------------------x

The sentencing previously scheduled for Tuesday, September 19, 2023 at 12:00 P.M. is hereby rescheduled to 3:00 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: August 23, 2023
      New York, NY

                                       _____
                                          RICHARD M. BERMAN
                                               U.S.D.J.