# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

> **Application respectfully denied as stated in court order dated September 6, 2023.**
>
> SO ORDERED:
> Date: 9/8/2023
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**By ECF**

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Dujohn Willette*,
           23 Cr. 37 (RMB), 19 Cr. 196 (RMB), 16 Cr. 790 (RMB)

Dear Judge Berman:

    I write in response to the Court's Order addressing Dujohn Willette's motion to dismiss VOSR Specifications 1 and 2 or, in the alternative, schedule a hearing and adjourn sentencing. *See* Dkt. 27, 23 Cr. 37; Dkt. 88, 19 Cr. 196; Dkt. 74, 16 Cr. 790. In that Order, the Court noted its inclination <u>not</u> to dismiss the specifications and stated that the parties should be prepared to address the issues raised by Mr. Willette's motion along with sentencing on September 19, 2023. *Id.*

    With the consent of the Government, I respectfully request that the Court adjourn Mr. Willette's sentencing until the conclusion of a VOSR hearing on Specifications 1 and 2. I believe it is in Mr. Willette's best interest, and in the interest of judicial economy, to address his sentencing on all three cases in a single proceeding, with all the relevant issues fleshed out for the Court.

    After receiving the Court's Order yesterday, September 6, the parties conferred about the Government's availability for a hearing. As of this evening, the Government is still waiting to hear back from its witnesses regarding their availability.

                                      Respectfully submitted,

                                      Ariel Werner
                                      Assistant Federal Defender
                                      917-751-2050

CC:    AUSA Adam Sowlati (by ECF)