UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                    Government, :    23 CR. 37 (RMB)
:     16 CR 790 (RMB)
  - against - :    19 CR 196 (RMB)
:     **ORDER**
DUJOHN WILLETTE, :
:
                    Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 13, 2025 at 1:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 319 504 377#

Dated: November 5, 2025
      New York, NY

_Richard M. Berman_
**RICHARD M. BERMAN**
**U.S.D.J.**