**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

UNITED STATES OF AMERICA,      :

                                  :

                 Government,     :        23 CR. 37 (RMB)

                                  :        16 CR. 790 (RMB)

          - against -        :        19 CR 196 (RMB)

                                  :        **ORDER**

DUJOHN WILLETTE,         :

                                  :

               Defendant.     :

---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 11, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 305 295 958#

Dated: December 3, 2025
     New York, NY

                                            **RICHARD M. BERMAN**
                                             **U.S.D.J.**