**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                          Government,              :        23 Cr. 37 (RMB)
                                                   :
          - against -                              :        **ORDER**
                                                   :
                                                   :
DUJOHN WILLETTE,                                   :
                                                   :
                          Defendant.               :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for May 6, 2026 at 11:00 A.M. is

rescheduled to May 19, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link

by email.

Dated: May 1, 2026
          New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**