**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
               Government,        :       23 Cr. 37 (RMB)
                                                   :
    - against -                                :       **ORDER**
                                                   :
                                                   :
DUJOHN WILLETTE,                                   :
                                                   :
              Defendant.       :
---------------------------------------------------------------x


       The supervised release hearing previously scheduled for July 1, 2026 at 11:00 A.M. on

Microsoft Teams is hereby rescheduled to July 1, 2026 at 9:00 A.M in Courtroom 17B.


Dated: June 29, 2026
     New York, NY


*RMB*
_____

         **RICHARD M. BERMAN**
            **U.S.D.J.**