**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

Government,

- against -

DUJOHN WILLETTE,

Defendant.

---

23 CR. 37 (RMB)
16 CR. 790 (RMB)
19 CR. 196 (RMB)

**ORDER**

The supervised release hearing scheduled for Tuesday, August 4, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 29, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.