**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

Dujohn Willette,

Defendant.

---------------------------------------------------------------x

23 Cr. 37 (RMB)

**ORDER**

The supervised release hearing previously scheduled for October 28, 2026 at 10:00 AM is rescheduled to December 16, 2026 at 10:00 AM on Microsoft Teams. The Court will send the link by email.

Dated: Oct. 28, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**